**Andrew Norman Overbeck**
NAME

**Reg. No. 06534-030**
PRISON IDENTIFICATION/BOOKING NO.

**United States Penitentiary, Lompoc**
**3901 Klein Blvd. Lompoc, Ca. 93436-2706**
ADDRESS OR PLACE OF CONFINEMENT

**N/A**

Note: If represented by an attorney, provide name, address & telephone number. It is your responsibility to notify the Clerk of Court in writing of any change of address.

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

5:00
Fee Due

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Andrew Norman Overbeck**
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

**Richard B. Ives, Warden**
NAME OF WARDEN (or other authorized person having custody of petitioner)

Respondent.

CASE NUMBER:
**CV13-1553 · JAK (CW)**
To be supplied by the Clerk of the United States District Court

CR   **4:02-CR-25**
Criminal case under which sentence was imposed.

PETITION FOR WRIT OF HABEAS CORPUS BY
A PERSON IN FEDERAL CUSTODY
(28 U.S.C § 2241)

LODGED
CLERK, U.S. DISTRICT COURT
MAR 1 - 2013
CENTRAL DISTRICT OF CALIFORNIA
                                 DEPUTY

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner*, under penalty of perjury. Petitioner must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)

CV-27 (02/05)

PLEASE COMPLETE THE FOLLOWING: (Check appropriate number)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☐ jail or prison conditions.
4. ☒ prison discipline.
5. ☐ a parole problem.
6. ☐ other.

## PETITION

1. Place of detention: United States Penitentiary Lompoc, Lompoc, California
2. Name and location of court which imposed sentence: Southern District of Iowa

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. 21 U.S.C. §846,   4:02-CR-25
   b. 
   c. 

4. The date upon which sentence was imposed and the terms of the sentence:
   a. 210 Months
   b. 
   c. 

5. Check whether a finding of guilty was made:
   a. ☒ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:   N/A
   a. ☐ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?   ☒ Yes   ☐ No

8. If you did appeal, give the following information for each appeal:

   CAUTION: *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. §2255 in the federal court which entered the judgment.*

   a. (1) Name of court   N/A
      (2) Result   N/A
      (3) Date of result   N/A
      (4) Citation or number of opinion   N/A

(5) Grounds raised (*list each*):

(a) _____ N/A _____

(b) _____ N/A _____

(c) _____ N/A _____

(d) _____ N/A _____

b. (1) Name of court _____ N/A _____

(2) Result _____ N/A _____

(3) Date of result _____ N/A _____

(4) Citation or number of opinion _____ N/A _____

(5) Grounds raised (*list each*):

(a) _____ N/A _____

(b) _____ N/A _____

(c) _____ N/A _____

(d) _____ N/A _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.*

a. Ground one: __Due Process Violation Due to Impartial DHO.__

Supporting FACTS (tell your story BRIEFLY without citing cases or law): __DHO Officer arbitrarily and capriciously sanctioned me to a loss of 41 Good Conduct Days for an incident report that was only a moderate severity offense.__

b. Ground two: __Due Process Violation Due to No evidence of Gambling Paraphernalia.__

Supporting FACTS (tell your story BRIEFLY without citing cases or law): __The incident report created by the officer and the evidence provided to the DHO Officer did not reach the "Some evidence" to justify a guilty finding of a 326 Incident Report.__

c. Ground three: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____
_____
_____
_____
_____
_____

d. Ground four: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____
_____
_____
_____
_____
_____

0. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?  ☐ Yes ☐ No

1. If your answer to Question No. 10 was yes, give the following information:
  a. (1) Name of Court _____
     (2) Nature of proceeding _____
     (3) Grounds raised _____
     _____
     _____
     _____
     _____

     (4) Result _____
     (5) Date of result _____
     (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
     _____
     _____
     _____
     _____

(02/05)  PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)

Page 4 of 7

b.  (1) Name of Court _____
    (2) Nature of proceeding _____
    (3) Grounds raised _____
    _____
    _____
    _____
    _____

    (4) Result _____
    (5) Date of result _____
    (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
    _____
    _____

2. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
                                                N/A
_____
_____
_____
_____
_____
_____

. Are you presently represented by counsel? ☐ Yes  ☒ No
  If so, provide name, address and telephone number :_____ N/A _____

Case name and court _____ N/A _____

If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?    ☐ Yes   ☒ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

                                                _____
                                                *Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___02/21/2013___          _____
                  *Date*                        *Signature of Petitioner*

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)
(02/05)                                                                      Page 5 of 7

ılı·ıll|ılı|lll|ıl|ıı·l·ıllıl|ı·ııılıll·ll|ı·ll|ılıl·ıılll|l|

Andrew Norman Overbeck
Reg. No. 06534-030
United States Penitentiary
3901 Klein Boulevard
Lompoc, California 93436-2706



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 1 2013
DISTRICT OF CALIFORNIA
DEPUTY

Santa Barbara
TUE 26 FEB 20

Justice FOREVER
Freedom FOREVER
Equality FOREVER
Liberty FOREVER
Justice FOREVER
Freedom FOREVER

2-25-13

********** LEGAL MAIL **********

********** LEGAL MAIL **********

⇔06534-030⇔
Court Clerk
U.S. District Court
312 S Spring ST
Intake/Docket Section
Los Angeles, CA 90012
United States

2241



**TERRY NAFISI**

District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-3535

Monday, March 04, 2013

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

ANDREW NORMAN OVERBECK REG#06534-030
UNITED STATES PENITENTIARY
3901 KLEIN BLVD.
LOMPOC, CA. 93436-2706

Dear Sir/Madam:

Your petition has been filed and assigned civil case number    CV13- 1553 JAK (CW)

Upon the submission of your petition, it was noted that the following discrepancies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

[ ] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

[X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

[ ] (d) You did not use the correct form.  You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

CSAWYER

By: _____

Deputy Clerk

CV-111 (07/06)        NOTICE re: DISCREPANCIES FOR FILING OF HABEAS CORPUS PETITION