**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW NORMAN OVERBECK,<br><br>        Petitioner,<br><br>  v.<br><br>RICHARD B. IVES (Warden),<br><br>        Respondent. | No. CV 13-1553-JAK(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 7, 2013

                                        JOHN A. KRONSTADT
                              United States District Judge